IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-38

| | |
|---|---|
| GREAT LAKES INTERNATIONAL FINANCIAL CORPORATION,<br>    Plaintiff,<br>v.<br>TOWER BRIDGE INTERNATIONAL GROUP, INC. and<br>YI-HENG FRANCIS SHEN,<br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jay A. Schwartz,** filed March 15, 2018 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Schwartz is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Great Lakes International Financial Corporation.

**IT IS SO ORDERED.**

Signed: March 19, 2018

Graham C. Mullen
United States District Judge